# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO. 03-25-00048-CV

**SafeLease Insurance Services, LLC, Appellant**

**v.**

**Storable, Inc.; Rednova Labs, Inc. (d/b/a Storedge); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP, Appellees**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the order signed by the trial court on January 22, 2025. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.